So Ordered.

Signed this 19 day of November, 2025.

Wendy A. Kinsella
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

Renpro, LLC,

Debtor.

Case No. 25-30911
Chapter 11

**ORDER DISMISSING CHAPTER 11 CASE *SUA SPONTE* AND *AB INITIO***

This chapter 11 case was filed on October 28, 2025 (the "Petition Date"). Debtor, Renpro, LLC ("Debtor") filed a Voluntary Petition (the "Petition") *pro se*. Debtor filed the Petition on its own behalf, without an attorney. (Doc. 1). The Petition was signed by Ronald Starusnak ("Mr. Starusnak"), as Member/President of Debtor. Mr. Starusnak is not an attorney licensed to practice law. The Local Bankruptcy Rules for the Northern District of New York provide: "[a] non-individual debtor shall not be permitted to proceed under chapters 7, 9, 11, 12, or 15 without representation by an attorney duly admitted to the Northern District of New York." LBR 9010-

2(a). After a hearing held on November 19, 2025 upon the Court's *sua sponte Order To Show Cause As To Why The Court Should Not Dismiss Case For Failure To Comply With LBR 9010-2* (Doc. 5), and upon due deliberation and good cause appearing therefor, with no appearance by a representative by Debtor, it is hereby

**ORDERED** that the case is dismissed *ab initio* and *sua sponte* for cause under 11 U.S.C. § 1112(b). The chapter 11 filing fee will *not* however, be refunded. While Debtor lacked the legal authority to file the Petition commencing this case, the filing was not a "mistake"—it was most assuredly calculated to bring about a result. The Petition was promptly processed by the Clerk's Office and addressed by the Court. The fee was properly received under 28 U.S.C. § 1930(a)(3); and it is further

**ORDERED** that the clerk is directed to serve this Order on the Debtor by mail, and directed to docket a notice of dismissal, which is to also be served on Debtor by mail.

# # #